## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | | |
|---|---|---|
| **IDONA WALLACE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **KMART CORPORATION** | : | **NO. 02-0107** |

## <u>ORDER</u>

**AND NOW**, this 8th day of September, 2011, upon consideration of the Plaintiff's

Motion to Recuse the Presiding Judge (Document No. 244), the defendant's response and

after a hearing on the motion, it is **ORDERED** that the motion is **DENIED**.


<u>/s/ Timothy J. Savage</u>
TIMOTHY J. SAVAGE,  J.