### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

| | | |
|---|---|---|
| **IDONA WALLACE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **KMART CORPORATION** | : | **NO. 02-0107** |

### ORDER

**AND NOW**, this 8th day of September, 2011, upon consideration of the Defendant's Motion Requesting Costs Including Attorney's Fees Under 1332 and FRCP 54 (Document No. 216) and the plaintiff's response, it is **ORDERED** that the motion is **DENIED**.

/s/ Timothy J. Savage<br>
TIMOTHY J. SAVAGE,  J.